*Gov't. filed in open court on 10/17/07*

*(RPG)*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
                                 )
        Plaintiff,    )
                                 )
        v.    )    Case No. 07- 197 M
                                 )
ALEJANDRO LOPEZ-Lopez, aka    )
   JOSE LOPEZ-Mayalla    )
                                 )
        Defendant.    )

```
            FILED

            OCT 17 2007

        U.S. DISTRICT COURT
        DISTRICT OF DELAWARE
```

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

      1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

          \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

          \_\_\_\_  Maximum sentence life imprisonment or death

          \_\_\_\_  10+ year drug offense

          \_\_\_\_  Felony, with two prior convictions in above categories

          \_\_\_\_  Minor victim

          \_\_\_\_  Possession/ use of firearm, destructive device or other dangerous weapon

          \_\_\_\_  Failure to register under 18 U.S.C. § 2250

          \_X\_  Serious risk defendant will flee

          \_\_\_\_  Serious risk obstruction of justice

      2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

          \_X\_  Defendant's appearance as required

_____ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

_____ At first appearance

_X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

       _____ (a) on release pending trial for a felony;

       _____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

       _____ (c) on probation or parole for an offense.

_____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____


DATED this 16th day of October, 2007.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: _____
        Shannon T. Hanson
        Assistant United States Attorney