**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **REDACTED** |
| ) | |
| v. ) | Criminal Action No. 07- *152* |
| ) | |
| Alejandro LOPEZ-LOPEZ aka ) | |
| José LÓPEZ-MAGALLA, aka ) | |
| José LÓPEZ-MAYALLA, aka ) | |
| Defendant. ) | |

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**Count One**

On or about October 16, 2007, in the District of Delaware, Alejandro Lopez-Lopez aka Jose Lopez-Magalla, aka Jose Lopez-Mayalla, the defendant, an alien and subject of Mexico, who had been removed from the United States on or about December 9, 1999, May 19, 2005, and October 10, 2005, was found in the United States, and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: November 15, 2007