IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-152 JJF |
| ALEJANDRO LOPEZ-LOPEZ, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court has been notified that a Memorandum of Plea Agreement has been reached in the above-captioned case;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **January 16, 2008 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. Sentencing will immediately follow Defendant's Rule 11 hearing.

3. The time between the date of this Order and January 16, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

December 11, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
DEC 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE